1  Rachel M. Fazio (CA Bar # 187580)
   P.O. Box 697
2  Cedar Ridge, CA 95924
   Tel:  (530) 273-9290
3  Fax:  (530) 273-9260
   rfazio@nccn.net
4
   René P. Voss (CA Bar # 255758)
5  1006 Bienville Street
   Davis, CA  95616
6  Tel: (530)219-8068
   Fax: (832)747-3513
7  renepvoss@gmail.com

8  Attorneys for Plaintiff
   Earth Island Institute
9

10

11

12              **IN THE UNITED STATES DISTRICT COURT FOR THE**

13                       **EASTERN DISTRICT OF CALIFORNIA**

14

15  EARTH ISLAND INSTITUTE, a non-      )   Case No: 08-01176
    profit organization,                )
16                                      )
                    Plaintiff,          )   REQUEST AND ORDER TO
17                                      )   TRANSFER CASE TO THE
           v.                           )   SACRAMENTO DIVISION OF
18                                      )   THE EASTERN DISTRICT
    KATHLEEN MORSE, in her official     )
19  capacity as Forest Supervisor for Lassen  )
    National Forest, RANDY MOORE, in his )
20  official capacity as Regional Forester for )
    Region 5 of the United States Forest  )
21  Service, and the UNITED STATES      )
    FOREST SERVICE,                     )
22                                      )
                    Defendants          )
23  _____)

24

25       Plaintiff herein requests that this Court transfer the above-captioned case to the

26  Sacramento Division of the Federal District Court for the Eastern District of California.  During

27  the filling of this Complaint on the Electronic Filing system Plaintiffs' counsel inadvertently

28  requested that this case be filed in Fresno when she intended to file the case in Sacramento.

1  None of the parties reside in the geographic area covered by the Fresno division, nor does the
2  subject matter of the case occur there. As such, reassignment to the proper division by this court
3  is necessary and would be greatly appreciated.

5  Filed this 13th day of August, 2008

      /s/ Rachel M. Fazio
RACHEL M. FAZIO

      /s/ René Voss (as approved August 13, 2008)
RENÉ P. VOSS

Attorneys for Plaintiff

11      PURSUANT TO THIS REQUEST, it is ORDERED that Civil Case Number 08-01176
12  shall be transferred to the Sacramento Division of the Federal District Court for the Eastern
13  District of California.

15      IT IS SO ORDERED.

16  **Dated:   August 13, 2008**          **/s/ Anthony W. Ishii**
17                                                  CHIEF UNITED STATES DISTRICT JUDGE