IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| EARTH ISLAND INSTITUTE, a non-profit organization, | Case No. 2:08-cv-01897-JAM-JFM |
| Plaintiff, | Judge John A. Mendez |
| v. | |
| | ORDER |
| JERRY BIRD, in his official capacity as Forest Supervisor for Lassen National Forest, RANDY MOORE, in his official capacity as Regional Forester for Region 5 of the United States Forest Service, and the UNITED STATES FOREST SERVICE, | |
| Defendants. | |

This matter is before the Court on the parties' Joint Stipulation to Re-Set the Hearing on Plaintiff's Motion for Attorney Fees Costs and Expenses Pursuant to the Equal Access to Justice Act set for September 1, 2010. Upon consideration of the parties' Joint Stipulation and for good cause shown, it is hereby ORDERED that:

1. The fee hearing scheduled for September 1, 2010, is re-set for September 15, 2010, at 9:30 a.m.

DATED this 28th day of July 2010.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE