IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

EARTH ISLAND INSTITUTE, a non-profit organization,

    Plaintiff,

v.

JERRY BIRD, in his official capacity as Forest Supervisor for Lassen National Forest, RANDY MOORE, in his official capacity as Regional Forester for Region 5 of the United States Forest Service, and the UNITED STATES FOREST SERVICE,

    Defendants.

Case No. 2:08-cv-01897-JAM-JFM

Judge John A. Mendez

ORDER

This matter is before the Court on the parties' Second Joint Motion to Re-Set the Hearing on Plaintiff's Motion for Attorney Fees Costs and Expenses Pursuant to the Equal Access to Justice Act currently set for September 15, 2010. Upon consideration of the joint motion and for good cause shown, it is hereby ORDERED that:

1. The fee hearing scheduled for September 15, 2010, is extended to November 3, 2010, at 9:30 a.m.

DATED this 27th day of August, 2010.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE