IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| EARTH ISLAND INSTITUTE, a non-profit organization, | Case No. 2:08-cv-01897-JAM-JFM |
| Plaintiff, | Judge John A. Mendez |
| v. | |
| | ORDER |
| JERRY BIRD, in his official capacity as Forest Supervisor for Lassen National Forest, RANDY MOORE, in his official capacity as Regional Forester for Region 5 of the United States Forest Service, and the UNITED STATES FOREST SERVICE, | |
| Defendants. | |

This matter is before the Court on the Parties' Third Joint Motion to Re-Set the Hearing on Plaintiff's Motion for Attorney Fees Costs and Expenses Pursuant to the Equal Access to Justice Act currently set for November 3, 2010. Upon consideration of the joint motion and for good cause shown, it is hereby ORDERED that:

1. The fee hearing scheduled for November 3, 2010, is extended to November 17, 2010, at 9:30 a.m.

DATED this 30th day of September, 2010.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE